USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/22/20_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MINDEN PICTURES, INC.,**

**Plaintiff,**

-against-

**VOX MEDIA, INC.,**

**Defendant.**

**20-cv-1683 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   June 24, 2020
         New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**